JS-6

# DISTRICT COURT OF THE UNITED STATES
# FOR THE STATE OF CALIFORNIA
# CENTRAL DISTRICT, WESTERN DIVISION

ELAINE ROJAS

Plaintiff,

v.

DOREL HOME FURNISHINGS, INC. DBA COSCO HOME AND OFFICE PRODUCTS; COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 25, inclusive,

Defendants.

CASE NO.: 2:26-cv-11909-JFW(MARx)

**ORDER REMANDING ACTION TO STATE COURT**

Before the Court is the Parties' Joint Stipulation to Remand Action to State Court Case No. 2026CUPL061944. Having reviewed the Stipulation, the record in this action, and good cause appearing therefor, the Court approves the Stipulation and **ORDERS** as follows:

1. Pursuant to the Parties' Stipulation, this action is **REMANDED** to the Superior Court of the State of California, County of Ventura County, Case No. **2026CUPL061944**, for all further proceedings;
2. Each party shall bear its own attorneys' fees and costs incurred in connection with the removal and remand of this action;
3. All pending motions, hearings, and deadlines in this Court are **VACATED** as moot.

**IT IS SO ORDERED.**

DATED: November 16, 2026

United States District Judge